UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-000196 |
| | ) | JUDGE HAYNES |
| | ) | |
| ANTWAN MONTREZ PITTS | ) | |

*Handwritten annotations: "QRD SR / The motion is GRANTED / 10-25-13"*

## MOTION TO CONTINUE SENTENCING AND EXTEND DEADLINES

Counsel for Defendant Pitts respectfully moves this Court to continue the sentencing hearing now set for Friday, November 1st, 2013. Counsel moves for a corresponding extension of the deadlines for filing of sentencing positions or other sentencing documents. Counsel does not seek a lengthy continuance, only approximately one (1) month, so as to allow counsel adequate time to obtain the final, revised Pre-Sentence Investigation Report (PSR), and to then timely file a sentencing position.

The reasons a brief continuance is necessary are as follows:

(1) The Government has advised, through Assistant United States Attorney Clay Lee, that it does <u>not</u> oppose this continuance for the reasons stated herein.

(2) Mr. Pitts is the sole defendant; there are no co-defendants, and no party will be prejudiced by a delay (Docket No. 3, Indictment). Mr. Pitts is on pre-trial supervision, so there are no incarceration costs or liberty interests at stake with a delay.

(3) This continuance is now necessary, because the parties did not receive the Pre-Sentence Investigation Report (PSR) until after it was due. Probation was very professional, and officers notified counsel for the parties about the delay in preparation of the PSR, and the reasons for it. Counsel does not fault Probation. However, the late

1