IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-000196 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| ANTWAN MONTREZ PITTS | ) | |

## ORDER

The sentencing hearing that is currently set for Friday, February 21, 2014 at 2:30 p.m. is reset for **Friday, February 21, 2014 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 5th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court